No. 512. FREDERICK L. MILLER v. STATE OF OREGON. Error to the Supreme Court of the State of Oregon. Argued January 10, 11, 1927. Decided January 17, 1927. *Per Curiam.* Affirmed on the authority of *Nash* v. *United States,* 229 U. S. 373. *Mr. Edward W. Wickey,* with whom *Messrs Thomas Mannix, Jerry A. Matthews,* and *Josephus C. Trimble* were on the brief, for plaintiff in error. *Messrs. Willis S. Moore, Stanley Myers,* and *I. H. Van Winkle* were on the brief for defendant in error.

---

No. 118. W. H. DONHAM, AS PROSECUTING ATTORNEY, ET. AL., ETC., v. WEST-NELSON MANUFACTURING COMPANY. Appeal from the District Court of the United States for the Eastern District of Arkansas. Submitted January 11, 1927. Decided January 17, 1927. *Per Curiam.* Affirmed on the authority of *Adkins* v. *Children's Hospital,* 261 U. S. 525; *Murphy* v. *Sardell,* 269 U. S. 530. Mr. Justice Brandeis dissents. *Messrs. J. W. Utley, William T. Hammock,* and *Brooks Hays* for appellants. *Mr. George A. McConnell* for appellee.

---

No. 112. CITY AND COUNTY OF DENVER v. E. STENGER, AS RECEIVER OF THE DENVER TRAMWAY COMPANY. Appeal from the District Court of the United States for the District of Colorado. Argued January 11, 12, 1927. Decided January 17, 1927. *Per·Curiam.* Appeal transferred to the Circuit Court of Appeals for the Eighth Circuit under the authority of the Act of September 14, 1922, c. 305, 42 Stat. 837, and of the following cases: *Aspen Mining and Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325, 331–334; *Carter* v. *Roberts,* 177 U. S. 496, 500; *Union Trust Co.* v. *Westhus,* 228 U. S. 519, 522, 524; *Metropolitan Water Co.* v. *Kaw*